Filed 8/26/15

Court of Appeal, Second Appellate District, Division Three - No. B248654

**S217616**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

_____

BARRON NICHOLAS HILTON, Petitioner,

v.

SUPERIOR COURT OF LOS ANGELES COUNTY, Respondent;

THE PEOPLE et al., Real Parties in Interest.

_____

The request for republication of the Court of Appeal's opinion, originally published at 224 Cal.App.4th 47, is granted.

_____

*Chief Justice*